

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00448-CV

Style:                 Prophet Ronald Dwayne Whitfield v. Big Star Honda, John Doe, et al.

Date motion filed[*]:  September 14, 2015

Type of motion:        Amended Motion to Dismiss Appeal for Want of Jurisdiction and

                       Motions to Strike and for Sanctions

Parties filing motion: *Pro Se* Appellant

Document to be filed:  N/A

Is appeal accelerated?      No.

Ordered that motion is:

☐ Granted

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☒ Other: _____

   Although the *pro se* appellant listed several appellate and trial court cause numbers on
   his motion, it was handwritten over the typed answer and original counterclaim of a
   First Service Credit Union ("FSCU"), and apparently seeks the dismissal or striking of
   FCSU's answer filed in the unrelated trial court cause number 2015-45473. According
   to the trial clerk's website, while FSCU is listed as a defendant and cross-plaintiff in
   No. 2015-45473, there has been no notice of appeal filed in that case. Furthermore,
   FSCU is neither listed as an appellee nor cross-appellant in this appellate cause number
   01-15-00448-CV. Accordingly, appellant's amended motion to dismiss appeal for
   want of jurisdiction and motions to strike and for sanctions is **dismissed as moot**
   because FSCU is not a party to this appeal and has not filed a cross-appeal.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                   ☒ Acting individually      ☐ Acting for the Court

Date:  September 24, 2015

November 7, 2008 Revision